1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| RONALD HARRIS, derivatively on behalf of JPMORGAN CHASE & CO., | No.  2:13-cv-02414-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| JAMES DIMON, et al., | |
| Defendants. | |

12

13

14

15

16

17

| | |
|---|---|
| JEFFREY SHLOSBERG, derivatively on behalf of JPMORGAN CHASE & CO., | No.  2:13-cv-02573-KJM-EFB |
| Plaintiff, | |
| v. | |
| JAMES DIMON, et al., | |
| Defendants. | |

18

19

20

21

22

23

| | |
|---|---|
| JOLIET FIRE PENSION FUND, | No.  2:14-cv-00041-KJM-EFB |
| Plaintiff, | |
| v. | |
| JAMES DIMON, et al., | |
| Defendants. | |

24

25

26

27

28

1

RICHARD RATCLIFF, derivatively on behalf of JPMORGAN CHASE & CO.,

      Plaintiff,

      v.

JAMES DIMON, et al.,

      Defendants.

No.  2:14-cv-00062-WBS-AC

---

BRADLEY P. MILLER, derivatively on behalf of JPMORGAN CHASE & CO.,

      Plaintiff,

      v.

JAMES BELL, et al.,

      Defendants.

No.  2:14-cv-00227-WBS-CKD

---

      As stipulated by the parties, *see, e.g.*, ECF No. 15 in No. 2:13-cv-02414-KJM-EFB, the court makes the following orders:

   1.  The actions of *Harris v. Dimon, et al.*, Case No. 2:13-cv-02414-KJM-EFB; *Shlosberg v. Dimon, et al.*, Case No. 2:13-cv-02573-KJM-EFB; *Joliet Fire Pension Fund v. Dimon, et al.*, Case No. 2:14-cv-00041-KJM-EFB; *Ratcliff v. Dimon, et al.*, Case No. 2:14-cv-00062-WBS-AC and *Miller v. Bell, et al.*, Case No. 2:14-cv-0227-WBS-CKD are consolidated for all purposes, including pretrial proceedings, trial and appeal;

   2.  The captions of the consolidated actions shall be "In re JPMorgan Chase Derivative Litigation," and the files of these consolidated actions shall be maintained in one file under Master File No. 2:13-cv-02414-KJM-EFB;

/////

/////

/////

/////

3.  Every pleading filed in the consolidated actions, or in any separate action included herein,

shall bear the following caption:

| | |
|---|---|
| In re JPMORGAN CHASE<br><br>DERIVATIVE LITIGATION<br><br><br>This Document Relates to: | Master File No. 2:13-cv-02414-KJM-EFB |

4.  Cotchett, Pitre & McCarthy, LLP is appointed as lead counsel for plaintiffs in the

consolidated action, with responsibility to coordinate and supervise the efforts of

plaintiffs' counsel in the derivative actions, including any consolidated complaint,

discovery, briefing, settlement, and trial.  The following firms are appointed as derivative

plaintiffs' executive committee, to work under the direction of lead counsel:

Bottini & Bottini, Inc.

Hagens Berman Sobol Shapiro LLP

Dreyer Babich Buccola Wood Campora, LLP

Law Offices of George Donaldson

Haralson, Miller, Pitt, Feldman & McAnally, PLC

Kabateck Brown Kellner LLP;

5.  Plaintiffs shall, by **March 3, 2014**, either designate an existing complaint to serve as the

lead complaint or file and serve a consolidated complaint which will supersede all existing

complaints filed in these actions.  Defendants need not respond to any of the pre-existing

complaints.  Service shall be affected with respect to any named defendant by serving the

consolidated complaint on that defendant's counsel;

6.  Defendants shall answer or otherwise respond to the consolidated complaint no later than

forty-five (45) days after service.  In the event that defendants file and serve any motions

directed at the consolidated complaint, plaintiffs shall file and serve their opposition no

later than forty-five (45) days after service of the motion.  If defendants file and serve a

3

reply to plaintiffs' opposition, they will do so no later than thirty (30) days after service of the opposition.  The hearing for defendants' motion(s), if any, will be set on a mutually agreeable date reached by the parties, and no later than **August 8, 2014**;

7.  Defendants' counsel may rely upon all agreements made with any lead counsel appointed by this court; and

8.  Defendants do not, in so stipulating, waive any rights or positions in law or in equity, or any defenses that defendants would otherwise have.

IT IS SO ORDERED.

DATED:  February 6, 2014.

_____
UNITED STATES DISTRICT JUDGE

4