**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

In re JPMORGAN CHASE
DERIVATIVE LITIGATION

Master File No. 2:13-cv-02414-KJM-EFB

This Document Relates to:
ALL ACTIONS.

I, Stuart J. Baskin, attorney for James Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, Laban P. Jackson, Jr., David C Novak, Lee R. Raymond, and William C. Weldon, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Shearman & Sterling LLP |
| Address: | 599 Lexington Avenue |
| City: | New York |
| State: | New York    ZIP Code: 10022 |
| Voice Phone: | (212) 848-4974 |
| FAX Phone: | (212) 848-7179 |
| Internet E-mail: | sbaskin@shearman.com |
| Additional E-mail: | |
| I reside in City: | New York    State: New York |

I was admitted to practice in the _____see Attachment A_____ (courts) on _____see Attachment A_____ (dates). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Emily V. Griffen |
| Firm Name: | Shearman & Sterling LLP |
| Address: | Four Embarcadero Center, Suite 3800 |
| City: | San Francisco |
| State: | California    ZIP Code: 94111 |
| Voice Phone: | (415) 616-1128 |
| FAX Phone: | (415) 616-1199 |
| E-mail: | egriffen@shearman.com |

Dated: 2/14/2014     Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT

## ATTACHMENT A

Additional courts in which Stuart J. Baskin is a member in good standing and eligible to practice:

| Title of Court | Date of Admission |
| --- | --- |
| New York State Bar | 02/76 |
| United States District Court for the Eastern District of NY | 12/21/82 |
| United States District Court for the Southern District of NY | 12/21/82 |
| United States Court of Appeals for the First Circuit | 12/06/90 |
| United States Court of Appeals for the Second Circuit | 12/30/82 (renewed 2/1/10) |
| United States Court of Appeals for the Third Circuit | 07/09/92 |
| United States Court of Appeals for the Fifth Circuit | 07/20/93 |
| United States Court of Appeals for the Seventh Circuit | 05/07/93 |
| Supreme Court of the United States | 01/11/93 |
| United States Court of Appeals for the Eleventh Circuit | 07/22/94 |
| United States District Court, District of Colorado | 02/09/98 |
| United States Court of Appeals for the Tenth Circuit | 02/07/98 |
| United States Court of Appeals for the Sixth Circuit | 06/10/02 |

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## STUART J. BASKIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 26, 1976**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 14, 2014**

Clerk of the Court

2294