

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

In re JPMORGAN CHASE
DERIVATIVE LITIGATION
_____

This Document Relates to:
    ALL ACTIONS.

Master File No. 2:13-cv-02414-KJM-EFB

    I, Stuart J. Baskin, attorney for James Dimon, James Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, William B. Harrison, Jr., Laban P. Jackson, Jr., Robert I. Lipp, David C Novak, Lee R. Raymond, and William C. Weldon, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Shearman & Sterling LLP |
| Address: | 599 Lexington Avenue |
| | |
| City: | New York |
| State: | New York     ZIP Code: 10022 |
| Voice Phone: | (212) 848-4974 |
| FAX Phone: | (212) 848-4974 |
| Internet E-mail: | sbaskin@shearman.com |
| Additional E-mail: | |
| I reside in City: | New York     State: New York |

I was admitted to practice in the _____see Attachment A_____ (courts) on _____see Attachment A_____ (dates).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) _____ _____ _____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Emily V. Griffen |
| Firm Name: | Shearman & Sterling LLP |
| Address: | Four Embarcadero Center, Suite 3800 |
| | |
| City: | San Francisco |
| State: | California          ZIP Code: 94111 |
| Voice Phone: | (415) 616-1128 |
| FAX Phone: | (415) 616-1199 |
| E-mail: | egriffen@shearman.com |

Dated: <u>    2/14/14        </u>   Petitioner: <u>    /s/Stuart J. Baskin          </u>

ATTACHMENT A

Additional courts in which Stuart J. Baskin is a member in good standing and eligible to practice:

| Title of Court | Date of Admission |
|---|---|
| New York State Bar | 02/76 |
| United States District Court for the Eastern District of NY | 12/21/82 |
| United States District Court for the Southern District of NY | 12/21/82 |
| United States Court of Appeals for the First Circuit | 12/06/90 |
| United States Court of Appeals for the Second Circuit | 12/30/82 (renewed 2/1/10) |
| United States Court of Appeals for the Third Circuit | 07/09/92 |
| United States Court of Appeals for the Fifth Circuit | 07/20/93 |
| United States Court of Appeals for the Seventh Circuit | 05/07/93 |
| Supreme Court of the United States | 01/11/93 |
| United States Court of Appeals for the Eleventh Circuit | 07/22/94 |
| United States District Court, District of Colorado | 02/09/98 |
| United States Court of Appeals for the Tenth Circuit | 02/07/98 |
| United States Court of Appeals for the Sixth Circuit | 06/10/02 |

**ORDER**

IT IS SO ORDERED.

Dated:  February 24, 2014.

_____
UNITED STATES DISTRICT JUDGE