# UNITED STATES DISTRICT COURT

Eastern **District of** California

In re JPMorgan Chase Derivative Litigation

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:13-cv-02414 KJM-EFB

Notice is hereby given that, subject to approval by the court, JPMorgan Chase & Co. substitutes
(Party (s) Name)

Benjamin P. Smith , State Bar No. 197551 as counsel of record in place
(Name of New Attorney)

place of  George G. Weickhardt .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Morgan, Lewis & Bockius LLP

Address: One Market, Spear St. Tower, San Francisco, CA 94105

Telephone: 415-442-1289    Facsimile 415-442-1001

E-Mail (Optional): bpsmith@morganlewis.com

I consent to the above substitution.

Date: 2/14/2014

/s/ - Gabriel Torres, JPMorgan Chase & Co.
(original signature retained by attorney Christopher Banks)
(Signature of Party (s))

I consent to being substituted.

Date: 2/14/2014

/s/
George G. Weickhardt
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/14/2014

/s/ - Benjamin P. Smith
(as authorized on 2/28/2014  original signature retained by C  Banks)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 12, 2014

UNITED STATES DISTRICT JUDGE