UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a National Banking Association,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., a/k/a SIERRA PACIFIC MORTGAGE CO., INC., a/k/a SIERRA PACIFIC MTG. CO., INC.,<br><br>Defendants. | No.  13-cv-01397 JAM-KJN<br><br><br>**ORDER OF NON-RELATED CASES** |
| RONALD A. HARRIS, derivatively on behalf of JPMORGAN CHASE & CO.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES "JAIME" DIMON; ET AL.,<br><br>Defendants. | No.  13-cv-02414 KJM-EFB |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(c).  The Court finds that the above-captioned cases are not "related" within the meaning of Local Rule 123(a)(1)-(4).

1

Accordingly, 2:13-cv-02414-KJM-EFB shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

Dated:   August 22, 2104

                                            /s/ John A. Mendez_____
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE