UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER HORWITZ, derivatively on behalf of JPMORGAN CHASE & CO., | Case No. 2:14-cv-01489-KJM-EFB |
| Plaintiff, | **ORDER CONSOLIDATING ACTIONS** |
| vs. | |
| JAMES "JAMIE" DIMON; JAMES BELL; CRANDALL C. BOWLES; STEPHEN B. BURKE; JAMES S. CROWN; ELLEN V. FUTTER; WILLIAM B. HARRISON, JR.; LABAN P. JACKSON, JR.; ROBERT I. LIPP; DAVID C. NOVAK; LEE R. RAYMOND; and WILLIAM C. WELDON, | |
| Defendants, | |
| -and- | |
| JPMORGAN CHASE & CO., | |
| Nominal Defendant. | |
| In re JPMORGAN CHASE DERIVATIVE LITIGATION | Master File No. 2:13-cv-02414-KJM-EFB |
| This Document Relates to: All Actions. | |

1

In consideration of the parties' stipulation and proposed order, ECF No. 67 in 2:13-cv-02414-KJM-EFB, ECF No. 67 and ECF No. 12 in 2:14-cv-01489-KJM-EFB, the court orders as follows:

1. The actions of *Horwitz v. Dimon, et al.*, No. 2:14-cv-01489-KJM-EFB, and *In re JPMorgan Chase Derivative Litigation*, Master File No. 2:13-cv-02414-KJM-EFB, are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal;

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the caption identified in the Court's February 7, 2014 Order;

3. The Consolidated Shareholder Derivative Complaint filed on March 3, 2014 in *In re JPMorgan Chase Derivative Litigation* remains the operative pleading at issue in the consolidated action;

4. Pursuant to previous stipulation between the nominal defendant and the plaintiff in the *Horwitz* action, the motion to dismiss or, in the alternative, to transfer venue filed in *In re JPMorgan Chase Derivative Litigation* shall be deemed filed and fully briefed with respect to the complaint filed by Mr. Horwitz, with the briefs filed in opposition to the motion to dismiss or, in the alternative, to transfer venue deemed filed by Mr. Horwitz, and with no need for any of the defendants from the *Horwitz* action to further respond to Mr. Horwitz' complaint;

5. The parties from the *Horwitz* action, including plaintiff Mayer Horwitz, shall be bound by the Court's order on the pending motion to dismiss or, in the alternative, to transfer venue filed in *In re JPMorgan Chase Derivative Litigation* on May 16, 2014, including, but not limited to, any order denying or granting the motion, in whole or in part, and/or any order to dismiss the case with prejudice or that sets future deadlines to amend or answer the Consolidated Shareholder Derivative Complaint; and

6. Cotchett, Pitre & McCarthy, LLP remains Lead Counsel for plaintiffs in the consolidated action, with responsibility to coordinate and supervise the efforts of plaintiffs' counsel in the derivative actions, including any discovery, briefing, settlement, and trial.

////

////

IT IS SO ORDERED.

DATED: October 16, 2014.

                                                UNITED STATES DISTRICT JUDGE