JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (168009)
mmolumphy@cpmlegal.com
BRIAN M. SCHNARR (275587)
bschnarr@cpmlegal.com
ELIZABETH T. TRAN (280502)
etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

*Lead Counsel and Attorneys for Plaintiff Ronald A. Harris, derivatively on behalf of JPMorgan Chase & Co.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE JPMORGAN CHASE DERIVATIVE LITIGATION** | Master File No. 2:13-cv-02414-KJM-EFB |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO JURISDICTIONAL DISCOVERY** |
| This Document Relates To All Actions | Date: August 5, 2015<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Judge: Hon. Edmund F. Brennan |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO JURISDICTIONAL DISCOVERY;** Case No. 2:13-cv-02414-KJM-EFB

### NOTICE OF MOTION AND MOTION TO COMPEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 5, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, Plaintiffs, through their undersigned counsel, will and hereby do, move to compel responses to jurisdictional discovery from Director Defendants William B. Harrison, Jr. ("Harrison") and James Dimon ("Dimon") and nominal Defendant JPMorgan Chase & Co. ("JPM") (collectively, the "Defendants"), pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 251.

This motion is based on this Notice of Motion, Motion, the arguments and positions set forth in Plaintiffs and Defendants' Joint Statement re Discovery Disagreement to be filed on July 23, 2015, pursuant to the Court's order, and exhibits attached thereto, the complete files and records in this action, and any such additional materials and arguments as may be considered at the hearing.

### STATEMENT OF RELIEF SOUGHT

Plaintiffs seek full and complete responses to the Requests for Production of Documents to Dimon and Harrison, Nos. 1, 2, 3 and 5, and Request for Production of Documents to Nominal Defendant JPMorgan, Nos. 1, 2 and 3, that were propounded in accordance with the Court's May 5, 2015 Order approving jurisdictional discovery.  ECF No. 92.

Dated:  July 17, 2015                                  **COTCHETT, PITRE & McCARTHY, LLP**

_/s/ Brian M. Schnarr_

JOSEPH W. COTCHETT
MARK C. MOLUMPHY
ELIZABETH T. TRAN
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

_Lead Counsel and Attorneys for Plaintiff Ronald A. Harris, derivatively on behalf of JPMorgan Chase & Co._

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO JURISDICTIONAL DISCOVERY;** Case No. 2:13-cv-02414-KJM-EFB         1