Gary W. Kubek (pro hac vice)
   gwkubek@debevoise.com
Johanna Skrzypczyk (pro hac vice)
   jnskrzyp@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000

*Attorneys for Nominal Defendant
JPMorgan Chase & Co. and Defendants
James Dimon, William B. Harrison, Jr., and
Robert I. Lipp*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JPMORGAN CHASE DERIVATIVE LITIGATION<br><br>This Document Relates To:  All Actions. | Master File No. 2:13-cv-02414-KJM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE DISCOVERY DISPUTE**<br><br>Judge:        Hon. Kimberly J. Mueller<br><br>Magistrate:  Hon. Edmund F. Brennan<br>Date:         August 5, 2015<br>Time:         10:00 a.m.<br>Courtroom:  8 |

MASTER FILE NO.
2:13-cv-02414-KJM-EFB

DB2/ 26118293.1
1000477059v2

## STIPULATION

WHEREAS, on July 17, 2015, Plaintiffs filed a motion to compel responses from Defendant JPMorgan Chase & Co. ("JPMorgan") and inside director Defendants James Dimon and William B. Harrison Jr. (collectively, the "Defendants"), *see* ECF No. 96, to document requests that were propounded pursuant to the Court's May 5, 2015 Order approving jurisdictional discovery, *see* ECF No. 92;

WHEREAS, pursuant to the Court's July 17, 2015 Minute Order, the hearing on the motion to compel was scheduled for August 5, 2015 at 10:00 a.m.;

WHEREAS, Defendants' counsel is not available to attend the hearing at the noticed date and time;

WHEREAS, Plaintiffs and Defendants have met and conferred and agreed, if acceptable to the Court, to continue the hearing for the convenience of counsel to August 12, 2015 at 10:00 a.m.;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, by and through their undersigned counsel, that the hearing on Plaintiffs' pending motion to compel shall be continued to August 12, 2015 at 10:00 a.m.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED:  July 29, 2015 | **MORGAN, LEWIS & BOCKIUS, LLP** |
| | By:   /s/ Christopher J. Banks<br>         CHRISTOPHER J. BANKS |
| | Franklin Brockway Gowdy<br>Christopher J. Banks<br>One Market St., Spear St. Tower<br>San Francisco, CA 94105<br>Tel:  (415) 442-1000<br>Fax:  (415) 442-1001 |
| | **DEBEVOISE & PLIMPTON LLP**<br>Gary W. Kubek (pro hac vice)<br>Johanna Skrzypczyk (pro hac vice)<br>919 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 909-6000<br>Fax: (212) 521-7067 |
| | *Attorneys for Nominal Defendant JPMorgan Chase & Co. and Defendants James Dimon, William B. Harrison, Jr., and Robert I. Lipp* |
| DATED:  July 29, 2015 | **COTCHETT, PITRE & MCCARTHY, LLP**<br>By:    /s/ Brian M. Schnaar (as authorized on July 29, 2015) |
| | Mark C. Molumphy<br>Brian M. Schnaar<br>Joseph W. Cotchett<br>Elizabeth T. Tran<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| | *Lead Counsel and Attorneys for Plaintiff Ronald A. Harris, derivatively on behalf of JPMorgan Chase & Co.* |

[**PROPOSED**] **ORDER**

The hearing on Plaintiffs' pending motion to compel (ECF No. 96) is continued to August 12, 2015 at 10:00 a.m. in Courtroom No. 8.

**IT IS SO ORDERED**.

Dated:  July 30, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE