1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN RE JPMORGAN CHASE DERIVATIVE LITIGATION | ) ) ) ) ) | Case No. 2:13-cv-02414-KJM-EFB |
|---|---|---|
| This Document Relates To All Actions | ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER SETTING FILING DEADLINES AND PAGE LIMITS**<br><br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |

**STIPULATION AND ORDER SETTING FILING DEADLINES AND PAGE LIMITS;** Case No. 2:13-CV-02414-KJM-EFB

WHEREAS, on April 4, 2016, Plaintiffs filed and served the Consolidated Amended Shareholder Derivative Complaint (the "Amended Complaint") pursuant to the Stipulation ordered by the Court on February 26, 2016 (ECF No. 115);

WHEREAS counsel have identified a discrepancy in the paragraph numbers to the Amended Complaint;

WHEREAS counsel for Defendants have proposed a briefing schedule to allow additional time to prepare briefing of a motion to dismiss that will address all claims in the Amended Complaint;

WHEREAS counsel for Defendants have proposed page limits to allow additional space for briefing the motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendants, by and through their undersigned counsel, as follows:

1. Plaintiffs shall refile via ECF the redacted version of their Amended Complaint, within two business days of the Court's Order, with no content changed other than fixing the discrepancy in consecutive paragraph numbering;

2. Defendants shall file and serve a motion(s) in response to the Amended Complaint with one opening brief not to exceed fifty (50) pages on or before June 10, 2016;

3. Plaintiffs shall file and serve one opposition brief not to exceed fifty (50) pages on or before August 9, 2016;

4. Defendants shall file and serve one reply brief not to exceed twenty-five (25) pages on or before September 9, 2016;

///

///

///

**STIPULATION AND ORDER SETTING FILING DEADLINES AND PAGE LIMITS;** Case No. 2:13-CV-02414-KJM-EFB

5. The hearing for Defendants' motion(s) will be held on October 21, 2016, or the next convenient date for the Court's schedule.

**IT IS SO STIPULATED.**

Dated: April 26, 2016                **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Alexandra P. Summer*

JOSEPH W. COTCHETT
MARK C. MOLUMPHY
ALEXANDRA P. SUMMER
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel and Attorneys for Plaintiff Ronald A. Harris, derivatively on behalf of JPMorgan Chase & Co.*

Dated: April 26, 2016                **DEBEVOISE & PLIMPTON LLP**

*/s/ Gary W. Kubek*

GARY W. KUBEK
JOHANNA SKRZYPCZYK
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000

**MORGAN, LEWIS & BOCKIUS, LLP**
FRANKLIN BROCKWAY GOWDY
CHRISTOPHER J. BANKS
BENJAMIN P. SMITH
One Market St., Spear St. Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Nominal Defendant JPMorgan Chase & Co. and Defendants James Dimon, William B. Harrison, Jr., and Robert I. Lipp*

Dated: April 26, 2016                **SHEARMAN & STERLING LLP**

*/s/ Jaculin Aaron*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STUART J. BASKIN
JACULIN AARON
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

EMILY V. GRIFFEN
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Tel: (415) 616-1100
Fax: (415) 616-1199

*Attorneys for Defendants James Bell; Crandall C. Bowles; Stephen B. Burke; James S. Crown; Timothy P. Flynn; Ellen V. Futter; Laban P. Jackson, Jr.; David C. Novak; Lee R. Raymond; and William C. Weldon*

**STIPULATION AND ORDER SETTING FILING DEADLINES AND PAGE LIMITS;** Case No. 2:13-CV-02414-KJM-EFB

3

**ORDER**

IT IS SO ORDERED.

Dated:  April 26, 2016

_____
UNITED STATES DISTRICT JUDGE