1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

13

**IN RE JPMORGAN CHASE
DERIVATIVE LITIGATION**

)     Master File No. 2:13-cv-02414-KJM-EFB
)
)
)
)
)     **STIPULATION AND ORDER
)      RESETTING BRIEFING SCHEDULE**
)
)
)
)     Judge: Hon. Kimberly J. Mueller
)     Courtroom: 3
)
)
)

14
15
16     This Document Relates To All Actions
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE;** Case No. 2:13-CV-02414-
KJM-EFB

1    WHEREAS, on April 26, 2016, pursuant to a stipulation of the parties, the Court set

2  filing deadlines for Plaintiffs to refile their Consolidated Amended Shareholder Derivative

3  Complaint (the "Amended Complaint") and for a briefing schedule for Defendants' response to

4  the Amended Complaint (ECF No. 120);

5    WHEREAS, on April 28, 2016, Plaintiffs refiled their Amended Complaint (ECF No.

6  122);

7    WHEREAS, on June 10, 2016, Defendants moved to dismiss the Amended Complaint

8  (the "Motion to Dismiss") (ECF No. 123);

9    WHEREAS, on June 14, 2016, the Court entered a minute order resetting the hearing on

10  Defendants' Motion to Dismiss for November 4, 2016 (ECF No. 126); and

11    WHEREAS counsel for Plaintiffs and Defendants have agreed to amend the briefing

12  schedule in light of the new hearing date;

13    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

14  the Plaintiffs and Defendants, by and through their undersigned counsel, as follows:

15    1.    Plaintiffs shall file and serve one opposition brief on or before September 9, 2016;

16    2.    Defendants shall file and serve one reply brief on or before October 21, 2016.

17    3.    The page limits will remain as previously set.

18    **IT IS SO STIPULATED.**

19  Dated: July 15, 2016                **COTCHETT, PITRE & McCARTHY, LLP**

20                              */s/ Alexandra P. Summer*

21
                                JOSEPH W. COTCHETT
22                              MARK C. MOLUMPHY
                                ALEXANDRA P. SUMMER
23                              840 Malcolm Road
                                Burlingame, CA 94010
24                              Telephone: (650) 697-6000
                                Facsimile: (650) 697-0577
25

26                              *Lead Counsel and Attorneys for Plaintiff*
                                *Ronald A. Harris, derivatively on behalf of*
27                              *JPMorgan Chase & Co.*

28

**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE;** Case No. 2:13-CV-02414-KJM-EFB

1

Dated: July 15, 2016                    **DEBEVOISE & PLIMPTON LLP**

                                        */s/ Gary W. Kubek*

                                        GARY W. KUBEK
                                        JOHANNA SKRZYPCZYK
                                        919 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 909-6000

                                        **MORGAN, LEWIS & BOCKIUS, LLP**
                                        FRANKLIN BROCKWAY GOWDY
                                        CHRISTOPHER J. BANKS
                                        BENJAMIN P. SMITH
                                        One Market St., Spear St. Tower
                                        San Francisco, CA 94105
                                        Telephone: (415) 442-1000
                                        Facsimile: (415) 442-1001

                                        *Attorneys for Nominal Defendant JPMorgan*
                                        *Chase & Co. and Defendants James Dimon,*
                                        *William B. Harrison, Jr., and Robert I. Lipp*

Dated: July 15, 2016                    **SHEARMAN & STERLING LLP**

                                        */s/ Jaculin Aaron*

                                        STUART J. BASKIN
                                        JACULIN AARON
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        Tel: (212) 848-4000
                                        Fax: (212) 848-7179

                                        EMILY V. GRIFFEN
                                        535 Mission Street, 25th Floor
                                        San Francisco, CA 94105
                                        Tel: (415) 616-1100
                                        Fax: (415) 616-1199

                                        *Attorneys for Defendants James Bell; Crandall*
                                        *C. Bowles; Stephen B. Burke; James S. Crown;*
                                        *Timothy P. Flynn; Ellen V. Futter; Laban P.*
                                        *Jackson, Jr.; David C. Novak; Lee R. Raymond;*
                                        *and William C. Weldon*

**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE;** Case No. 2:13-CV-02414-KJM-EFB

2

1

**ORDER**

2        **IT IS SO ORDERED.**

3    Dated:  July 21, 2016

4                                                   _____

5                                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE;** Case No. 2:13-CV-02414-KJM-EFB

3